**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2070**

_____

L. RUTHER,

Plaintiff - Appellant,

v.

DISCOUNT TIRE CO. OF VA, INC.; GG HOSPITALITY, LLC,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:16-cv-01046-LO-MSN)

_____

Submitted: January 31, 2017          Decided: February 2, 2017

_____

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

L. Ruther, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

   L. Ruther appeals the district court's order summarily dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Ruther v. Discount Tire Co. of VA, Inc., No. 1:16-cv-01046-LO-MSN (E.D. Va. Aug. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2